No. 97–9543. WARD v. GENERAL MOTORS NATIONAL RETIRE-
MENT SERVICE. C. A. 9th Cir. Certiorari denied.

No. 97–9544. TOTH v. UNITED STATES. C. A. 1st Cir. Certio-
rari denied.

No. 97–9545. ZUTHER v. MOON, JUDGE, SUPERIOR COURT OF
ARIZONA, MOHAVE COUNTY. Ct. App. Ariz. Certiorari denied.

No. 97–9546. WILLIAMS v. JOHNSON, DIRECTOR, TEXAS DEPART-
MENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th
Cir. Certiorari denied.

No. 97–9547. VILORIA v. UNITED STATES. C. A. 9th Cir. Cer-
tiorari denied.

No. 97–9548. VELASQUEZ-TELLO v. UNITED STATES. C. A.
10th Cir. Certiorari denied.

No. 97–9549. VALLE v. UNITED STATES. C. A. 9th Cir. Cer-
tiorari denied.

No. 97–9550. WALKER v. FLORIDA. Dist. Ct. App. Fla., 5th
Dist. Certiorari denied.

No. 97–9551. TONUBBEE v. RIVER PARISHES GUIDE ET AL.
Sup. Ct. La. Certiorari denied.

No. 97–9552. ASHIEGBU v. HERRON, OHIO BUREAU OF EM-
PLOYMENT SERVICES, ET AL. C. A. 6th Cir. Certiorari denied.

No. 97–9556. KING v. JOHNSON, DIRECTOR, TEXAS DEPART-
MENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A.
5th Cir. Certiorari denied.

No. 97–9557. LUCKETT v. UNITED STATES ET AL. C. A. 9th
Cir. Certiorari denied.

No. 97–9558. VAUGHN v. ARTUZ, SUPERINTENDENT, GREEN
HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari de-
nied.

No. 97–9559. THOMAS v. MISSOURI ET AL. C. A. 8th Cir.
Certiorari denied.